United States Bankruptcy Court
Middle District of Georgia

IN RE:  
Dorethea J. Donaldson  
2972 Mott Lane  
Newton, GA 39870  

Chapter 13

Case No. 09-10117-JDW

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $513.44 in unclaimed funds of Thornton Americas Holdings, creditor.

Last Known Address (Most recent listed left to right):

Thornton Americas Holdings  
5901 Priestly Drive, Ste 300  
Carlsbad, CA 92008

Dated: 11/13/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee